```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
JUSTIN McMILLIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>JUSTIN McMILLIAN, et. al.,         )<br>                                   )<br>            Defendants.            )<br>_____) | CASE NO. 2:12-cr-00198-MCE<br><br>**WAIVER OF DEFENDANT JUSTIN McMILLIAN'S APPEARANCE** |

JUSTIN McMILLIAN (hereafter "defendant") hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, confirmation of trial, impanelment of jury, during trial, and imposition of sentence.

Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without defendant being present.

The original signed copy of this waiver is being preserved by the undersigned attorney.

DATED: 6/1/12

                                        by   /s/Justin McMillian
                                              JUSTIN McMILLIAN
                                              Defendant

I agree and consent to my client's waiver of appearance.

DATED: 6/7/12

                                        by   /s/Scott Cameron
                                              Scott Cameron
                                              Counsel for:
                                              JUSTIN McMILLIAN

IT IS SO ORDERED.

Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE