# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Morrison C. England, Jr. | **RE: Justin McMillian** |
| United States District Judge | **Docket Number: 0972 2:12CR00198-017** |
| Sacramento, California | **PERMISSION TO TRAVEL** |
| | **OUTSIDE THE COUNTRY** |

Your Honor:

Justin McMillian is requesting permission to travel to Cancun, Mexico. Justin McMillian is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 14, 2016, Justin McMillian was sentenced for the offense(s) of 21 U.S.C. 846 and 841(a)(1) - Conspiracy to Manufacture Marijuana (Class C Felony).

**Sentence Imposed:** 19-months custody of the Bureau of Prisons; 36-month term of Supervised Release; $100 Special Assessment (satisfied)

**Dates and Mode of Travel:** November 4, 2019 to November 11, 2019, via United Airlines.

**Purpose:** To marry his fiancée and honeymoon/family vacation.

**RE:    Justin McMillian**
       **Docket Number:  0972 2:12CR00198-017**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Molly R. McSorley*

Molly R. McSorley
United States Probation Officer

Dated:    August 16, 2019
          Modesto, California
          MM/lr

**REVIEWED BY:**    *Laura Weigel*

**Laura Weigel**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

IT IS SO ORDERED.

**Dated:  August 20, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE